IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-143-DCK

| | |
|---|---|
| SHERYL ALONSO and MANUEL ALONSO, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| RAYMOND TIMBER HOMES, LLC, RAYMOND TIMBER FRAMED HOMES, LLC, and MITCHELL RAYMOND | ) ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Plaintiffs have filed a "Report On Mediation" (Document No. 32) notifying the Court that the parties reached a settlement agreement following their mediation with Samuel Aycock on October 27, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 23, 2015**.

**SO ORDERED**.

Signed: December 23, 2014

David C. Keesler
United States Magistrate Judge