## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:13-CV-143-DCK

| | |
|---|---|
| MANUEL ALONSO and SHERYL ALONSO, )<br>)<br>Plaintiffs. )<br>)<br>v. )<br>)<br>RAYMOND TIMBER FRAMED )<br>HOMES, LLC, RAYMOND TIMBER )<br>HOMES, LLC and MITCHELL )<br>RAYMOND, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

On October 10, 2014, the undersigned granted "Plaintiffs' Unopposed Motion To Extend Mediation Deadline By 20 Days" (Document No. 29), and set a revised mediation deadline of October 30, 2014. (Document No. 30). The parties failed to file a timely report on the results of mediation, so the Court issued an Order requiring that a Status Report be filed on or before December 23, 2014. (Document No. 31).

On December 22, 2014, Plaintiffs filed a "Report On Mediation" (Document No. 32) notifying the Court that the parties reached a settlement agreement following their mediation with Samuel Aycock on October 27, 2014. Plaintiffs further indicated the parties' settlement would be "finalized in the next two to three weeks." (Document No. 32). As such, the Court set

a deadline of January 23, 2015, for the filing of a Stipulation of Dismissal, or to request an extension of time. (Document No. 33). The parties have again failed to make a timely filing as directed by the Court.

**IT IS, THEREFORE, ORDERED** that the parties shall file a "Status Report" or a "Stipulation Of Dismissal" on or before **February 6, 2015**. Further failure to abide by the Court's Orders and deadlines may result in sanctions.

**SO ORDERED**.

Signed: February 2, 2015

David C. Keesler
United States Magistrate Judge